**Dennis JUBLIEE, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

June 5, 1998.

Reconsideration Denied July 23, 1998.

### ORDER

AND NOW, this 5th day of June, 1998, the Petition for Allowance of Appeal in this case is held pending this Court's decision in *Rogers v. Pennsylvania Board of Probation and Parole*, J–111 ABC–1997 (submitted May 30, 1997).

■

**SITE–WORK SERVICES, INC., a Corporation, Petitioner,**

v.

**ROSS & KENNEDY CORPORATION, a Corporation, Respondent,**

v.

**NELSON EXCAVATING, INC., and Nelson Kletzli, Jr., Respondents.**

Supreme Court of Pennsylvania.

June 5, 1998.

David K. McMullin, Robert W. Koehler, Pittsburgh, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 5th day of June, 1998, the Petitions for Allowance of Appeal are GRANTED; the order of the Superior Court is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Allegheny County consistent with this court's opinion in *Marino v. Hackman*, —— Pa. ——, 710 A.2d 1108 (Pa.) and *Jacobs v. Halloran*, —— Pa. ——, 710 A.2d 1098 (1998).